FILED
US DISTRICT COURT
NEBRASKA

DEC - 5 2005

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 8:05CR49 |
| | ) |
| vs. | ) ORDER FOR DISMISSAL |
| | ) |
| WENDY SUE BUCKHALTER, | ) |
| | ) |
| Defendant. | ) |

NOW ON THIS 5 day of December, 2005, this matter is before the Court on the United States' Motion for Dismissal (Filing No. __). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave is Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Wendy Sue Buckhalter.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Wendy Sue Buckhalter.

BY THE COURT:

JOSEPH F. BATAILLON
Chief Judge, United States District Court